IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:07cr42-TFM |
| ) | |
| NICHOLIS C. HALL ) | |

**MOTION TO WITHDRAW AS COUNSEL
AND TO APPOINT CJA PANEL ATTORNEY**

COMES NOW the undersigned counsel, Kevin L. Butler, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Nicholis C. Hall. In support of this Motion, counsel states the following:

1. On March 19, 2007, the Federal Defender Office was appointed to represent Mr. Hall, with respect to criminal charges he faces in the above-styled case. The case was then assigned to undersigned counsel, Kevin L. Butler.

2. Undersigned counsel has discovered a conflict between the Office of the Federal Defender and Mr. Hall which requires counsel to withdraw from further representation of Mr. Hall.

3. Undersigned counsel requests that on behalf of Mr. Hall, CJA panel attorney, Dan Hamm, be appointed to represent him in all further proceedings in this case.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Hall and that Dan Hamm be appointed to represent him.

Dated this 15th day of May, 2007.

        Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:07cr42-TFM |
| ) | |
| NICHOLIS C. HALL ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Neal B. Frazier
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

3