IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07CR42-TFM |
| NICHOLIS C. HALL | ) | |

ORDER

Upon consideration of Counsel's Motion to Withdraw (Doc. 12, filed 5/15/2007, it is

ORDERED that the Federal Defender's Office is relieved of further duties in the representation of the defendant. It is FURTHER ORDERED that CJA Panel Attorney, Daniel Hamm be appointed to represent the defendant. All prior orders continue in effect.

DONE this 16th day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE