# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **V.** | **CASE NUMBERS 2:07-CR-42-TFM-ALL** |
| **NICHOLIS HALL, DEFENDANT** | |

## NOTICE OF ACCEPTANCE OF APPOINTMENT

**COMES NOW**, Daniel G. Hamm, and hereby gives his notice of acceptance as appointed counsel in the above styled case.

**RESPECTFULLY SUBMITTED** this the 16th day of May, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Acceptance of Appointment by ECF or by placing a copy in the United States Mail with sufficient postage for first class delivery to the parties named below.

**DONE** this the 16th day of May, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Kent Brunson
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Neal B. Frazier
Special Assistant United States Attorney
42 BW/JA
50 LeMay Plaza South
Maxwell AFB, Alabama 36112-6334