**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **CR. NO. 2:07-cr-42-TFM** |
| ) | |
| **NICHOLIS C. HALL** ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, **Christopher D. James**, and enters his appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Dated this 5th day of June, 2007.

Respectfully submitted,

s/Christopher D. James
CHRISTOPHER D. JAMES
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
(334) 953-2786/6035

### CERTIFICATE OF SERVICE

I hereby certify that on this date of June 5, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/Christopher D. James
CHRISTOPHER D. JAMES
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/6035
Fax:  334-953-2787