IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA          )
                                  )
    vs.                           )          2:07CR 42-TFM
                                  )
NICHOLIS C. HALL                  )


O R D E R


It is ORDERED that the Motion to Withdraw and Substitute filed by Counsel (Document 16) on June 5, 2007, be and is hereby GRANTED.


DONE, this 7th day of June, 2007.



/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE