# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**NICHOLIS HALL, DEFENDANT** | **CASE NUMBERS<br>2:07-CR-42-TFM-ALL** |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW,** the defendant, Nicholis Hall, by and through the undersigned counsel and notifies this Honorable Court of his intent to change his plea from not guilty to guilty.

**RESPECTFULLY SUBMITTED** this the 27th day of June, 2007.

/s/ Daniel G. Hamm
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Intent to Change Plea by ECF or by placing a copy in the United States Mail with sufficient postage for first class delivery to the parties named below.

**DONE** this the 27th day of June, 2007.

        /s/ Daniel G. Hamm
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

Kent Brunson
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Christopher James
Special Assistant United States Attorney
42 BW/JA
50 LeMay Plaza South
Maxwell AFB, Alabama 36112-6334