IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
     v                        )    CRIMINAL ACTION NO.
                              )    2:07CR42-TFM
NICHOLIS C. HALL              )
```

ORDER

Upon the defendant's Notice of Intent to Change Plea (Doc. 23, filed 6/27/2007, it is

ORDERED that this case is set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on Tuesday, 7/3/2007 at 3:00 p.m., Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama.

DONE this 2nd Day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE