# United States District Court
## for
## Middle District of Alabama
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nicholis C. Hall                               Case Number: 2:07cr42-TFM

Name of Sentencing Judicial Officer: The Honorable Terry F. Moorer, U. S. Magistrate Judge

Date of Original Sentence: September 4, 2007

Original Offense: Theft of Government Property; (18:641)

Original Sentence: 2 days custody with credit for time served followed by a one (1) year term of supervised release.

Type of Supervision: Supervised Release            Date Supervision Commenced: September 4, 2007

Assistant U.S. Attorney: Christopher James         Defense Attorney: Daniel Gary Hamm
_____

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1 -Mandatory Condition : "The defendant shall refrain from any unlawful use of a controlled substance." | On April 21, 2008, Nicholis C. Hall submitted a urine sample that tested positive for marijuana. The test was confirmed positive by Kroll Laboratory Specialists on April 24, 2008. |
| Viol. 2 - Special Condition #3: "The defendant shall participate in a program of drug testing administered by the United States Probation Office." | On April 29, 2008, and May 5, 2008, Nicholis C. Hall failed to participate in the U. S. Probation Office's color-code drug testing program by failing to report to the probation office for random drug testing, as mandated by the rules of the program. |
| Viol. 3- Criminal Monetary Penalty Condition: The defendant shall pay a $25.00 special assessment fee, a $500.00 fine, and $449.55 in restitution at the rate of not less than $50.00 per month. | Nicholis C. Hall failed to make a criminal monetary penalty payment for the month of April, 2008. |

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be
    [X]  revoked.
    [ ]  extended for _ years, for a total term of _ years.

[ ]  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 13, 2008

/s/ James Chappell
James Chappell
United States Probation

Reviewed and approved:  /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____
Date