# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>NICHOLIS C. HALL | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.   2:07CR42-TFM<br>USM No.   12274-002<br><br>__Daniel Hamm__<br>Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   __1 and 2__   of the term of supervision.

☐   was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession of a controlled substance | 4/21/2008 |
| 2 | Failure to participate in a drug testing program | 5/5/2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒   The defendant has not violated condition(s)   __3__   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __5433__

Defendant's Year of Birth:   __1987__

City and State of Defendant's Residence:
__Montgomery, Alabama__

__June 5, 2008__
Date of Imposition of Judgment

_[signature]_
Signature of Judge

__TERRY F. MOORER, U. S. MAGISTRATE JUDGE__
Name and Title of Judge

__June 6, 2008__
Date

DEFENDANT: NICHOLIS C. HALL
CASE NUMBER: 2:07CR42-TFM

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: Three (3) months

It is ORDERED that the term of supervised release imposed on September 4, 2007, is hereby REVOKED.

X  The court makes the following recommendations to the Bureau of Prisons:
That the defendant be designated to a facility where drug treatment is available.

☐  The defendant is remanded to the custody of the United States Marshal.

X  The defendant shall surrender to the United States Marshal for this district:
   X at _____12:00_____ ☐ a.m.  X p.m.  on _____June 9, 2008_____ .
   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL