# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, STATE OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **V.** | **CASE NUMBER 2:07-CR-42-TFM** |
| **NICHOLIS C. HALL, DEFENDANT** | |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned defense counsel in the above-styled matter and moves this Honorable Court for an Order allowing the withdrawal of the undersigned as counsel of record for the Defendant, by stating the following:

1. Counsel was previously appointed to represent the Defendant on or around June 2, 2008.

2. The Defendant was sentenced on June 5, 2008 and the case is now closed.

**WHEREFORE** the above premises considered the undersigned prays this Honorable Court will issue an Order withdrawing his representation of the Defendant in the above-styled matter

**RESPECTFULLY SUBMITTED** this the 19th day of June, 2008.

/s/ Daniel G. Hamm
------------------------------
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day placed a copy of this Motion to Withdraw in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 19th day of June, 2008.

/s/ Daniel G. Hamm
———————————————
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Christopher Dale James
US Department of the Air Force-AL
Office of the Staff Judge Advocate
HQ AU/JA
50 LeMay Plaza south
Maxwell AFB, AL 36112-6334