IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. No: 2:07cr42-TFM |
| | ) | |
| NICHOLAS C. HALL | ) | |

## **ORDER**

Pending before the Court is the Defendant's *Motion to Withdraw* (Doc. 43, filed June 19, 2008). The motion is GRANTED.

DONE this 24th day of June 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE