IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 2:07CR000042 |
| v. | ) |
| | ) |
| NICHOLIS HALL, | ) |
| | ) |
| Defendant. | ) |

## SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /S/ R. Randolph Neeley
                R. RANDOLPH NEELEY
                Assistant United States Attorney
                Bar Number: 9083-E56R
                Attorney for Plaintiff
                Post Office Box 197
                Montgomery, AL 36101
                Telephone: (334) 223-7280
                Facsimile: (334) 223-7201
                E-Mail: rand.neeley@usdoj.gov

JUDGMENT DATED:  September 4, 2007

DATED:  July 11, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment As To Monetary Imposition upon Nicholis Hall, defendant, by mailing a copy of same, first class, postage prepaid, addressed to the following, this the 11th day of July, 2008.

Mr. Nicholis Hall
94925 Park Town Way, Apt. #6
Montgomery, AL 36116

                              /S/ R. Randolph Neeley
                              ASSISTANT U.S. ATTORNEY